UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DA'MENIQUE LAJUAN BEASLEY,<br><br>              Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY COUNCIL, et al.,<br><br>              Defendants. | Case No. C23-5777-RSL-SKV<br><br>ORDER GRANTING MOTION TO WAIVE PRISON TRUST ACCOUNT STATEMENT |

On August 28, 2023, Plaintiff moved to proceed *in forma pauperis* (IFP) in this action. Dkt. 1. On August 29, 2023, the Court notified Plaintiff that his IFP application was deficient because it failed to include a certified copy of his prison trust account statement showing transactions for the last six months. Dkt. 2. The Court gave Plaintiff until September 28, 2023, to correct his application. *Id.*

Plaintiff now moves to waive the prison trust account statement requirement, alleging he has "consistently been trying to get [his] 6-month prison trust account statement from public disclosure but they are not granting [his] request." Dkt. 3. The Court, finding good cause, hereby GRANTS Plaintiff's motion and waives the prison trust account statement requirement for Plaintiff's IFP application.

ORDER GRANTING MOTION TO WAIVE
PRISON TRUST ACCOUNT STATEMENT - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 19th day of September, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING MOTION TO WAIVE
PRISON TRUST ACCOUNT STATEMENT - 2