UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DA'MENIQUE LAJUAN BEASLEY,

                Plaintiff,

    v.

PIERCE COUNTY COUNCIL, *et al.*,

                Defendants.

Case No. C23-5777-TSZ-SKV

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

    The Court entered an Order Staying Action in this case on November 19, 2024. Dkt. 12. Accordingly, the Court herein STRIKES as improperly filed Plaintiff's pending motions seeking the appointment of counsel, service of his complaint, and screening of his complaint. Dkts. 13-15.

    Dated this 18th day of December, 2024.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: Stefanie Prather
                                                Deputy Clerk

MINUTE ORDER - 1